UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual,<br><br>　　　Plaintiff,<br>v.<br><br>BASS PRO OUTDOOR WORLD, L.L.C., a Missouri Limited Liability Company,<br><br>　　　Defendant. | Case No.: 21-CV-00896 |

**JOINT NOTICE OF SETTLEMENT**

　　　Plaintiff, JAMES JOSEPH JULUKE, JR. and Defendant, BASS PRO OUTDOOR WORLD, L.L.C., file this Notice of Settlement to advise the Court that the parties reached an agreement regarding all material issues in this case one day prior to mediation. Consequently, mediation was cancelled. The parties are currently finalizing the language of their agreement and anticipate filing a joint stipulation for dismissal within twenty-one (21) days. The parties further request that all hearings and deadlines be adjourned while they finalize their agreement and obtain signatures.

Dated: November 23, 2021.

[Signatures on the following page]

1

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Louis I. Mussman<br>Louis I. Mussman<br>N.D. TX No. 597155FL<br>Ku & Mussman, P.A.<br>18501 Pines Boulevard, Suite 209-A<br>Pembroke Pines, FL 33029<br>Tel: (305) 891-1322<br>Fax: (954) 686-3976<br>louis@kumussman.com | /s/ Jennafer Groswith<br>Jennafer Groswith, Esq.<br>WILSON ELSER<br>Texas Bar No.: 24032257<br>901 Main Street, Suite 4800<br>Dallas, TX 75202<br>Tel: (214) 698-8074<br>Fax: (214) 698-1101<br>jennafer.groswith@wilsonelser.com<br><br>*Attorney for Defendant* |

and

Gerald J. Smith, Sr.
Texas Bar No.: 24039316
The Law Office of G. J. Smith, Sr., PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, TX 76006
Tel: (817) 635-3100
Fax: (817) 635-3104
attorney@gjsmithlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system.

By: ⎯⎯ /s/ Louis I. Mussman ⎯⎯
Louis I. Mussman