IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BASS PRO OUTDOOR WORLD, L.L.C., a Missouri Limited Liability Company,<br><br>    Defendant. | § § § § § § § § § § § § § §   Civil Action No. 4:21-cv-00896-P |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 23):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **24th day** of **November 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE